IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

STATE EMPLOYEES CREDIT  \*
UNION OF MARYLAND, INC.,
              \*
  Plaintiff,
              \*
v.                 Civil Action No.: RDB-17-cv-03020
              \*
BOCA INVESTMENTS, LLC t/a
PRICELESS OF ODENTON, et al.  \*

  Defendants.         \*

              \*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure,[1] Plaintiff State Employees Credit Union of Maryland, Inc. ("SECU") hereby dismisses all claims raised by SECU in this action **WITHOUT PREJUDICE**.

              Respectfully submitted,

              _____/s/_____
              Brian L. Moffet (Fed. Bar No. 13821)
              Michael B. Brown (Fed. Bar No. 19641)
              MILES & STOCKBRIDGE, P.C.
              100 Light Street
              Baltimore, Maryland 21202
              (410) 727-6464
              blmoffet@milesstockbridge.com
              mbbrown@milesstockbridge.com

              *Attorneys for Plaintiff*
              *State Employees Credit Union of Maryland, Inc.*

---

[1] Only Defendants BOCA Investments, LLC t/a Priceless of Odenton, Auto Select Inc. t/a Ultimate Auto and NEA, Inc. have been served, and no defendant has filed an answer or a motion for summary judgment or otherwise responded to the complaint or the amended complaint.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of February 2018, a copy of the foregoing Notice of Voluntary Dismissal without Prejudice was served via the CM/ECF filing system on counsel of record.

/s/
Brian L. Moffet

4824-9623-0740, v. 1